ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Harper Construction Company, Inc. | )  ASBCA No. 62421 |
| | ) |
| Under Contract No. N62473-18-C-4605 | ) |

APPEARANCE FOR THE APPELLANT:        Richard B. Oliver, Esq.
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                       Navy Chief Trial Attorney
                                       Devin Wolak, Esq.
                                       Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

       The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

       It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $86,643.79. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

       Dated: August 23, 2022


                                       OWEN C. WILSON
                                       Administrative Judge
                                       Vice Chairman
                                       Armed Services Board
                                       of Contract Appeals


I concur                               I concur



RICHARD SHACKLEFORD                    J. REID PROUTY
Administrative Judge                   Administrative Judge
Acting Chairman                        Vice Chairman
Armed Services Board                   Armed Services Board
of Contract Appeals                    of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62421, Appeal of Harper Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated: August 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
